Byron Michael Purcell (State Bar #176410)
Julio C. Navarro (State Bar #308734)
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552
bpurcell@imwlaw.com
jnavarro@imwlaw.com

Attorneys for Plaintiff,
**DORTHY BELL**

**SQUIRE PATTON BOGGS (US) LLP**
Matthew R. Rogers (State Bar # 128215)
matthew.rogers@squirepb.com
Katja Wolf (SBN 344490)
katja.wolf@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:   +1 213 624 2500
Facsimile:   +1 213 623 4581

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORTHY BELL,<br><br>  Plaintiff,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC; MERCEDES-BENZ NORTH AMERICA CORPORATION, DOES 1 to 50,<br><br>  Defendant. | **Case No. 2:24-cv-01894-JLS (BFMx)**<br><br>[Assigned to Judge Josephine L. Staton]<br><br>**JOINT STIPULATION REGARDING NOTICE OF SETTLEMENT** |

///

///

///

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff Dorothy Bell and Defendant Mercedes-Benz USA, LLC have entered into a proposed settlement that fully resolves this matter. The parties will now be working on the release and settlement documents to finalize the settlement.

Therefore, the parties are requesting that the court vacate the August 8, 2025, Final Pretrial Conference, and schedule an Order to Show Cause Hearing regarding Settlement/Dismissal to be scheduled after 60 days from today's date.

Dated: August 7, 2025

**IVIE McNEILL WYATT PURCELL & DIGGS**

By: ___/s/*Byron Michael Purcell*_____
Byron M. Purcell, Esq.
Julio C. Navarro, Esq.
Attorney for Plaintiff, Dorthy Bell

Dated: August 7, 2025

**SQUIRE PATTON BOGGS (US) LLP**

By:____/s/*Matthew Rogers*_____
Matthew R. Rogers
Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 444 S. Flower Street, #3200, Los Angeles, CA 90071.

On August 7, 2025, I served the within **JOINT STIPULATION REGARDING NOTICE OF SETTLEMENT** on all interested parties in said action:

## SEE ATTACHED SERVICE LIST

[ ]   BY FAX:   I caused said document to be faxed to the offices of the addressees as indicated on the attached service list.

[ ]   BY MAIL

[ ]   I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

[ ]   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   *E-MAIL*: I caused said document to be e-mailed as indicated on the attached service list.

[X]   **FEDERAL -** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 7, 2025, at Los Angeles, California.

**Daniel Torres**                                        */s/-Daniel Torres*

# SERVICE LIST

## *DORTHY BELL v. MERCEDES-BENZ USA, LLC*
## CASE NO. 2:24-CV01894-JLS (BFMx)

**SQUIRE PATTON BOGGS (US) LLP**
Matthew R. Rogers
Katja Wolf
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Matthew.rogers@squirepb.com
Katja.wolf@squirepb.com


**SQUIRE PATTON BOGGS (US) LLP**
Alexander P. Imberg
555 California Street, Suite 550
San Francisco, CA  94104
415-954-0200; 415-393-9887 fax
Alexander.imberg@squirepb.com


Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**