**IVIE McNEILL WYATT PURCELL & DIGGS**
Byron Michael Purcell (State Bar #176410)
Julio C. Navarro (State Bar #308734)
bpurcell@imwlaw.com
jnavarro@imwlaw.com
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552

Attorneys for Plaintiff, DORTHY BELL

**SQUIRE PATTON BOGGS (US) LLP**
Alexander P. Imberg (State Bar # 195157)
alexander.imberg@squirepb.com
Matthew R. Rogers (State Bar # 128215)
matthew.rogers@squirepb.com
Katja Wolf (SBN 344490)
katja.wolf@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:   +1 213 624 2500
Facsimile:   +1 213 623 4581

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORTHY BELL,<br><br>                Plaintiff,<br><br>     v.<br><br>MERCEDES-BENZ USA, LLC; MERCEDES-BENZ NORTH AMERICA CORPORATION, DOES 1 to 50,<br><br>                Defendant. | Case No. 2:24-cv-01894-JLS (BFMx)<br><br>Assigned to Judge Josephine L. Staton<br><br>**STIPULATED DISMISSAL OF ENTIRE ACTION** |

1    IT IS HEREBY STIPULATED by and between the parties to this action, by and through plaintiff Dorothy Bell, by and through her counsel of record, and defendant Mercedes-Benz USA, LLC, by and through its counsel of record, that the entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party bearing its own costs and attorney fees.

Dated:  September 17, 2025         IVIE McNEILL WYATT PURCELL & DIGGS


                                    By /s/ *Byron Michael Purcell*
                                       Byron Michael Purcell
                                       Attorneys for Plaintiff
                                       DORTHY BELL

Dated:  September 19, 2025         Squire Patton Boggs (US) LLP


                                    By */s/ Matthew R. Rogers*
                                       Matthew R. Rogers
                                       Attorneys for Defendant
                                       Mercedes-Benz USA, LLC