**SQUIRE PATTON BOGGS (US) LLP**
Alexander P. Imberg (State Bar # 195157)
alexander.imberg@squirepb.com
Matthew R. Rogers (State Bar # 128215)
matthew.rogers@squirepb.com
Katja Wolf (SBN 344490)
katja.wolf@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:  +1 213 624 2500
Facsimile:   +1 213 623 4581

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORTHY BELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC; MERCEDES-BENZ NORTH AMERICA CORPORATION, DOES 1 to 50,<br><br>　　　　　Defendant. | Case No. 2:24-cv-01894-JLS (BFMx)<br><br>Assigned to Judge Josephine L. Staton<br><br>**ORDER RE STIPULATED DISMISSAL OF ENTIRE ACTION** |

　　The Court has reviewed the Parties' Stipulated Dismissal of Entire Action ("Stipulation"), and **IT IS HEREBY ORDERED** that, pursuant to that Stipulation, by and between the parties to this action, by and through their counsel of record, that the entire action hereby is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  September 19, 2025

　　　　　　　　　　　　　　　　　*Josephine L. Staton*
　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　United States District Judge